**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                 Civil Action No.  07-cv-04740

       **Plaintiff,**

       .v.                                                            **RULE 7.1 STATEMENT**

**JAVIER CARABALLO,**
d/b/a 208
and **JAVIER CARABALLO**

       **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: 6/1/07                                                            /s/ Paul J. Hooten
                                                                            **Signature of Attorney**

                                                                            **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf