UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,**<br>PLAINTIFF<br>– vs. –<br><br>**JAVIER CARABALLO DBA 208 ET ANO,**<br>DEFENDANT<br>_____/ | Index No: **07 CIV 4740**<br>Date Filed: **06/04/2007**<br>Office No:<br>Court Date: **N/A** |

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**ROBERT CRANDALL** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **07/13/2007** at **4:50PM** at **208 WILLIS AVENUE , BRONX, NY 10454**, I served the **SUMMONS AND COMPLAINT** upon **JAVIER CARABALLO** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **50** | APP. HT: **5'8** | APP. WT: **280** |
| | OTHER IDENTIFYING FEATURES: **MUSTACHE** | |

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **JAVIER CARABALLO** the **DEFENDANT** in this action.

Sworn to before me on **07/17/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PJH874867**
AP

