UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,               Index # 07-CV-4740

  -against-

                                          **CERTIFICATE OF SERVICE**

JAVIER CARABALLO
d/b/a 208
and JAVIER CARABALLO
                Defendants,
_____

      I certify that a copy of the August 13, 2007, Pretrial Order by the Honorable Robert W. Sweet was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on August 17, 2007:

To:    Javier Caraballo
       d/b/a 208
       208 Willis Ave.
       Bronx, NY 10454

       Javier Caraballo
       208 Willis Ave.
       Bronx, NY 10454

                                    By:    /s/ Lucille Eichler
                                               Lucille Eichler
                                               Paul J. Hooten & Associates
                                               5505 Nesconset Highway, Suite 203
                                               Mt. Sinai, NY 11766