UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Case No. 07-CV-4740
_____
GARDEN CITY BOXING CLUB, INC.

    Plaintiff

    against

JAVIER CARABALLO
d/b/a 208
and JAVIER CARABALLO                         **NOTICE OF DISCONTINUANCE**

    Defendant
_____

**PLEASE TAKE NOTICE,** that the plaintiff in the above entitled action through their attorney, do hereby discontinue this matter without prejudice and without costs to either party as against the other.  This notice may be filed without further notice with the Clerk of the Court.


Dated: <u>October 2, 2007</u>

                        <u>/s/ Paul J. Hooten</u>
                        Paul J. Hooten, Esq.
                        Attorney for Plaintiff
                        5505 Nesconset Highway
                        Mt. Sinai, NY  11766
                        (631) 331-0547


**SO ORDERED:** New York, NY
                      , 2007


_____
Robert W. Sweet
United Stated District Court Judge