```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Case No. 07-CV-4740
```

GARDEN CITY BOXING CLUB, INC.

    Plaintiff

    against

JAVIER CARABALLO
d/b/a 208
and JAVIER CARABALLO    **NOTICE OF DISCONTINUANCE**

    Defendant



**PLEASE TAKE NOTICE**, that the plaintiff in the above entitled action through their attorney, do hereby discontinue this matter without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated: October 2, 2007

                               Paul J. Hooten, Esq.
                               Attorney for Plaintiff
                               5505 Nesconset Highway
                               Mt. Sinai, NY  11766
                               (631) 331-0547

**SO ORDERED**: New York, NY
                         , 2007

_/s/ Sweet_
Robert W. Sweet
United Stated District Court Judge
10-9-07

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 10/9/07]